# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHARLES DURHAM, | 2:12-cv-00602-GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | [Request to Excuse Attendance or for Telephonic Appearance at Early Neutral Evaluation Session (#13)] |
| CONAM MANAGEMENT CORP, | |
| Defendant. | |

Before the Court is Defendant Conam Management Corp.'s Request to Excuse Attendance or for Telephonic Appearance at Early Neutral Evaluation Session (#13), filed September 27, 2012.

Defendant seeks permission to excuse the presence of an insurance representative, with binding authority, or, alternatively, to permit the insurance representative to participate telephonically at the Early Neutral Evaluation scheduled for October 10, 2012. Defendant explains that it would be economical to excuse the presence of an insurance representative from the ENE due to the $100,000 deductible on the insurance policy and "Plaintiff is still employed by the Defendant ConAm, the potential value of the claim is limited." *Id.* The Court finds that Defendant demonstrates good cause for telephonic appearance.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Conam Management Corp.'s Request to Excuse Attendance or for Telephonic Appearance at Early Neutral Evaluation Session (#13) is GRANTED and

Defendant ConAm's insurance representative may appear telephonically and must be available telephonically for the entire duration of the ENE session scheduled for October 10, 2012 at 10:00 a.m.

DATED this 1st day of October, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE