# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES DURHAM, | Case No.: 2:12-cv-00602-GMN-CWH |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING REPORT & RECOMMENDATIONS OF MAGISTRATE JUDGE C. W. HOFFMAN, JR.** |
| CONAM MANAGEMENT CORPORATION, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 27) of the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered January 10, 2013. Defendant has filed a Notice of Non-Opposition Re Report and Recommendation (ECF No. 28). The Court has reviewed the pleadings on file herein, and hereby determines that Magistrate Judge Hoffman's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is hereby **DISMISSED, with prejudice**. The Clerk of the Court shall enter judgment accordingly.

**DATED** this 19th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge